**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0552-WJM-CBS

MICHAEL J. SIPOS, and
GARY D. SMITH

    Plaintiffs,

v.

FLIGHTSAFETY SERVICES CORPORATION, and
DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC,

    Defendants.

**ORDER GRANTING JOINT MOTION FOR ENTRY OF AND APPROVAL OF SETTLEMENT AGREEMENT**

This matter is before the Court on the parties' Joint Motion for Entry of and Approval of Settlement Agreement, filed March 4, 2013 (ECF No. 4). The Court having reviewed the Motion, applicable record, and the Settlement Agreement hereby ORDERS as follows:

1.     The parties' Joint Motion for Entry of and Approval of Settlement Agreement is GRANTED. The Settlement Agreement (EFC No. 4-1) is ACCEPTED and APPROVED as Exhibit A to this Order;

2.     The Settlement Agreement constitutes the entire agreement and commitment of the Parties. The effective date of the Settlement Agreement is the date of this Order, March 8, 2013; and

3.     Pursuant to D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the

above-captioned case be ADMINISTRATIVELY CLOSED. The parties may, however, seek to reopen this case for good cause shown. In the event that a Party has breached his or its obligations under the terms of the Settlement Agreement, such event would constitute good cause to reopen this case under D.C.COLO.LCivR 41.2.

DATED this 8th day of March, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge